In the Matter of the Claim of CAMILLE LA GATTUTA et al., Respondents, v. BALDWIN EHRET-HILL, INC., et al., Appellants, and MUNDET-CORK CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

In the Matter of the Claim of BERNARD WILLIAMS, Respondent, v. PITTSBURGH METALLURGICAL Co. et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.